```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 30122
   EDWIN EATON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

             Debtor
   SSN XXX-XX-7449

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 08/13/2004 and was confirmed 10/04/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was paid in full 04/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
BRIDGEVIEW AUTO SALES      SECURED          2000.00          378.71        2000.00
CHILD SUPPORT ENFORCEMEN   PRIORITY        NOT FILED            .00            .00
CBCS 24                    UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         5385.00            .00         538.50
EMERGE MASTERCARD          UNSECURED         3201.43            .00         320.14
CLERK OF THE CIRCUIT CT    UNSECURED       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         5748.46            .00         574.85
PEOPLES GAS LIGHT & COKE   UNSECURED             .00            .00            .00
PROVIDIAN                  UNSECURED       NOT FILED            .00            .00
SHERMAN ACQUISITION        UNSECURED         4098.20            .00         409.82
INTERNAL REVENUE SERVICE   PRIORITY          1000.00            .00        1000.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,730.20                       3,730.20
TOM VAUGHN                 TRUSTEE                                           625.94
DEBTOR REFUND              REFUND                                             41.84

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              9,620.00

PRIORITY                                     1,000.00
SECURED                                      2,000.00
    INTEREST                                   378.71
UNSECURED                                    1,843.31
ADMINISTRATIVE                               3,730.20
TRUSTEE COMPENSATION                           625.94
DEBTOR REFUND                                   41.84
                     --------------        --------------
TOTALS               9,620.00                9,620.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 30122 EDWIN EATON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 30122 EDWIN EATON